TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00020-CV

Jonnie Peck and Estate of John Robert Peck, Appellants

v.

Juanita Bishop Huertas, M.D., Michael R. Brancheau, M.D., Lawrence Chang, M.D.,

Marsha Staats, M.D., City of Austin d/b/a Brackenridge Hospital, and

Central Texas Medical Foundation, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 96-11840, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

PER CURIAM

 Because Jonnie Peck and Estate of John Robert Peck have neither paid for nor made
arrangements to pay for the clerk's record, we will dismiss this appeal for want of prosecution. 
See Tex. R. App. P. 35.3(a)(2).

 The Clerk of this Court filed appellants' Notice of Appeal on January 11, 2000. 
After determining that appellants were not indigent, all parties were notified by letter dated May
12, 2000, that the record was due to be filed in this Court on or before June 12, or the appeal
would be dismissed for want of prosecution. Thus far, appellants have failed to respond to this
notice.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: August 31, 2000

Do Not Publish